IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMIE HINES, as administrator of the Estate of Jevonte Romeo Lyons and as surviving parent and heir to the Estate of Jevonte Romeo Lyons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 123-166 |
| OFC. WILLIAM JENKINS; OFC. JOSH ADAM HOPPER; OFC. GLENN ELLIOTT EDWARDS; HON. JOHN MAYNARD; CITY OF WRENS POLICE DEPARTMENT; and CITY OF WRENS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case on November 13, 2023, and Defendants filed their answer to the original complaint on January 25, 2024.[1] (Doc. nos. 1, 7.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 2.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f)

---

[1] Since Defendants filed their answer to the original complaint, Plaintiff filed an amended complaint, Defendants filed an answer to the amended complaint, and several previously named defendants were dismissed. (See doc. nos. 19-23.) However, these intervening events do not excuse the obligation of the remaining parties to confer pursuant to Federal Rule 26.

Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 27th day of March, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA